

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:              01-13-00250-CV

Style:                      A-1 Auto Body and Paint Shop, LLC

                               v. Margaret McQuiggan

Date motion filed[*]:      May 24, 2013

Type of motion:        Motion to for involuntary dismissal

Party filing motion:     Appellee

Document to be filed:

Is appeal accelerated?     No

If motion to extend time:
        Original due date:
        Number of previous extensions granted:              Current Due date:
        Date Requested:

Ordered that motion is:

    ☐        Granted

           If document is to be filed, document due:

           ☐      The Court will not grant additional motions to extend time absent extraordinary circumstances

    ☐        Denied

    ☐        Dismissed (*e.g.*, want of jurisdiction, moot)

    ☑        Other: _____

  **The Court orders that appellee's motion for involuntary dismissal be carried with the case.**

Judge's signature:   /s/ Laura C. Higley
                  ☑ Acting individually    ☐ Acting for the Court

Panel consists of     _____

Date:  September 12, 2013

November 7, 2008 Revision